```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  ALEX JUAREZ,                    )  NO. CV 13-8622-CJC(E)
                                    )
12            Petitioner,           )
                                    )     ORDER ACCEPTING FINDINGS,
13       v.                         )
                                    )     CONCLUSIONS AND RECOMMENDATIONS
14  RON BARNES, Warden,             )
                                    )     OF UNITED STATES MAGISTRATE JUDGE
15            Respondent.           )
                                    )
16  _____    )
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  Further, the Court
21  has engaged in a de novo review of those portions of the Report and
22  Recommendation to which any objections have been made.  The Court
23  accepts and adopts the Magistrate Judge's Report and Recommendation.
24
25       IT IS ORDERED that Judgment be entered denying and dismissing the
26  Petition with prejudice.
27  ///
28  ///
```

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 9, 2014.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE